UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:25-cv-09985-AH-(SSCx) | Date  March 16, 2026 |
| Title | *Hydroxie LLC v. Flame USA Inc et al.* | |

Present: The Honorable    Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE RE:  DISMISSAL OF DEFENDANTS MADURO DISTRIBUTORS, PURE LEAF KRATOM, AND AKRUM ALRAHIB FOR LACK OF PROSECUTION

Plaintiff is ordered to show cause in writing, no later than **fourteen (14) days**, why this action should not be dismissed for lack of prosecution as to Defendants Maduro Distributors, Pure Leaf Kratom, and Akrum Alrahib.  As an alternative to a written response by Plaintiff, the Court will consider the filing of one of the following as an appropriate response to this Order to Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

- Proof of Service of Summons and Complaint on Defendants Maduro Distributors, Pure Leaf Kratom, and Akrum Alrahib; or
- Response to the Complaint by Defendants Maduro Distributors, Pure Leaf Kratom, and Akrum Alrahib.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  Fed. R. Civ. P. 78(b); L.R. 7-15.  The Order will stand submitted upon

the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the **dismissal** of this action as to Defendants Maduro Distributors, Pure Leaf Kratom, and Akrum Alrahib.

**IT IS SO ORDERED.**