UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-09985-AH-(SSCx) | Date | May 27, 2026 |
|---|---|---|---|
| Title | *Hydroxie LLC v. Flame USA Inc et al.* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE:  DISMISSAL OF DEFENDANT AKRUM ALRAHIB FOR LACK OF PROSECUTION**

On March 16, 2026, the Court issued an order to show cause re, in part, dismissal of Defendant Akrum Alrahib ("Defendant"), because Plaintiff Hydroxie LLC ("Plaintiff") had failed to timely file a proof of service as to Defendant.  Dkt. No. 50.  On March 31, 2026, Plaintiff filed a declaration from Plaintiff's counsel in response to the Court's order to show cause, detailing why Plaintiff had been unsuccessful in effectuating service on Defendant, and requesting that the Court grant a thirty-day extension of time within which Plaintiff may attempt to complete service on Defendant, noting that if Plaintiff was unable to complete service within that period, Plaintiff would dismiss Defendant without prejudice.  Dkt. No. 57.  On April 10, 2026, the Court granted a thirty-day extension of time for Plaintiff to effectuate service of Defendant.  Dkt. No. 64.  On April 24, 2026, Plaintiff filed a Second Amended Complaint ("SAC"), including as to Defendant.  Dkt. No. 66.  More than thirty days has elapsed both since the Court's order granting the extension and since Plaintiff's filing of the SAC.  To date, Plaintiff still has neither filed a proof of service as to Defendant nor dismissed Defendant without prejudice.

Accordingly, Plaintiff is ordered to show cause in writing, no later than **fourteen (14) days** from entry of this order, why this action should not be

---

CIVIL MINUTES – GENERAL          Initials of Deputy Clerk YS

dismissed for lack of prosecution as to Defendant.  As an alternative to a written response by Plaintiff, the Court will consider the filing of one of the following as an appropriate response to this order to show cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

- Proof of Service of Summons and Complaint on Defendant; or
- Response to the Complaint by Defendant.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  Fed. R. Civ. P. 78(b); L.R. 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the **dismissal** of this action as to Defendant.

**IT IS SO ORDERED.**